# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | PO-24-5030-GF-JTJ |
| Plaintiff, | VIOLATIONS: |
| | E2029701 |
| vs. | E2029702 |
| | 6027950 |
| **DANIEL K. AMLIE,** | Location Code: M13 |
| Defendant. | **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $85 fine and $30 processing fee for violation E2029701 (for a total of $115), and for good cause shown, **IT IS ORDERED** that the $115 fine paid by the defendant is accepted as a full adjudication of violation E2029701.

Based upon the United States' motion to dismiss the defendant's violations E2029702 and 6027950, **IT IS ORDERED** that violations E2029702 and 6027950 are **DISMISSED**.

//

//

//

//

**IT IS FURTHER ORDERED** that the bench trial scheduled for February 6, 2025, is **VACATED.**

DATED this 7th day of January, 2025.

John Johnston
United States Magistrate Judge